IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI<br>621 SAN VINCENTE BLVD., NO. 309<br>SANTA MONICA, CALIFORNIA 90402<br><br>      Plaintiff,<br><br>v.<br><br>MILLENNIUM PARTNERS WASHINGTON<br>PROPERTY MANAGEMENT, L.L.C.<br>1111 23rd ST., N.W.<br>WASHINGTON, D.C. 20037<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>) Case No.:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF REMOVAL

Defendant Millennium Partners Washington Property Management, L.L.C., (hereinafter "Defendant"), by and through undersigned counsel and pursuant to 28 U.S.C. §§1332, 1441 and 1446 gives notice that the above-captioned action, pending in the Superior Court for the District of Columbia, is hereby removed to the United States District Court for the District of Columbia. The grounds for removal are as follows:

    1.    This action was commenced by the filing of the attached Complaint on or about September 26, 2005 in the Superior Court for the District of Columbia, Case No. 05-0007813. A copy of the Complaint and Summons are attached hereto.

    2.    A copy of the Summons and Complaint was served upon CT Corporation System, 1015 15th Street, NW, Suite 1000, Washington, DC 20005 via U.S. Mail Certified, Return Receipt on September 27, 2005, resident agent for Millennium Partners Washington Property Management, L.L.C.

148753.1

3. No responsive pleading has been filed on behalf of the Defendant, but Defendant anticipates Answering the Complaint following removal of this action.

4. This Court has jurisdiction over this matter based on diversity of citizenship. There is complete diversity of citizenship in the instant matter.

5. This Court has original jurisdiction in this action pursuant to 28 U.S.C. §1332 (a) and the action may therefore be removed to this Court pursuant to 28 U.S.C. §1441(a).

6. The amount in controversy alleged in the Complaint exceeds $75,000, exclusive of interest and costs.

7. Defendant is informed and believes that Plaintiff is a resident of California. (Complaint ¶ 1).

8. Defendant is a Delaware corporation with offices located in Washington, DC.

9. The Complaint was served upon the Defendant on September 27, 2005, therefore pursuant to 28 U.S.C. 1446(b), this Notice of Removal is timely filed. This provision provides that the notice of removal shall be filed within thirty (30) days after receipt by Defendant, by service or otherwise, of the initial pleading setting forth the claim for relief upon which this action is based. This Notice of Removal is filed within thirty (30) days after receipt by the defendant of plaintiff's Complaint through service or otherwise.

10. Millennium Partners Washington Property Management, L.L.C., the only corporate entity that has been served, authorizes removal of this action.

11. This Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a) and removal of this action to this Court is proper pursuant to 28 U.S.C. § 1441.

12. Defendant attaches a copy of all process, orders, papers, and pleadings served upon them. (Exhibit A).

148753.1

13. Pursuant to 28 U.S.C. § 1446(d), undersigned counsel certifies that a copy of this Notice of Removal will be served promptly on Plaintiff and filed with the Clerk of the Superior Court for the District of Columbia.

WHEREFORE, the Defendant respectfully requests that its Notice of Removal will be deemed sufficient.

Respectfully submitted,

TAYLOR SYLLA & AGIN, LLP

By: _____
Jean-Marie Sylla, Jr., #469371
Jonathan Eric Agin, #466256
1220 Nineteenth Street, NW
Suite 501
Washington, DC 20036
(202) 689-8990
(Facsimile) (202) 689-8998

Attorneys for Defendant

148753.1

3

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of October, 2005, I served the following Notice of Removal and attached Exhibits upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA 22314-4115

Clerk of Court
Superior Court for the District of Columbia
500 Indiana Avenue, NW
Washington, DC 20001

Jean-Marie Syila, Jr.

148753.1

4