IN THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA
Civil Division

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 05-0007813 |
| v. ) | Calendar: 6 |
| ) | Judge: G. Alprin |
| MILLENNIUM PARTNERS WASHINGTON ) | Next Event: Initial Scheduling |
| PROPERTY MANAGEMENT, L.L.C. ) | Conference 12/30/05 |
| ) | |
| Defendant. ) | |

## NOTICE OF REMOVAL

TO THE HONORABLE CLERK OF THE SUPERIOR COURT FOR THE DISTRICT OF COLUMBIA CIVIL DIVISION:

PLEASE TAKE NOTICE that on October 17, 2005, Defendant Millennium Partners Washington Property Management, L.L.C., (hereinafter "Defendant") filed a Notice of Removal in the United States District Court for the District of Columbia, a copy of which is attached hereto, in accordance with 28 U.S.C. § 1441, et seq.

Please be advised pursuant to 28 U.S.C. § 1446(d), the filing of such Notice of Removal with the United States District Court for the District of Columbia, together with the filing of this Notice, effects the removal of this action and the Superior Court for the District of Columbia shall proceed no further unless and until this case may be remanded.

[48792.1]

Respectfully submitted,

TAYLOR SYLLA & AGIN, LLP

By: _____
Jean-Marie Sylla, Jr., #468371
Jonathan Eric Agin, #466256
1220 Nineteenth Street, NW
Suite 501
Washington, DC 20036
(202) 689-8990
(Facsimile) (202) 689-8998

Attorneys for Defendant

148792.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 17th day of October, 2005, I served the following Notice of Removal and attached Exhibits upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA 22314-4115

_____
Jean-Marie Sylla, Jr.

148792.1