## SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## CIVIL DIVISION

PAUL C. PIATTI,  :
    PLAINTIFF
                                        : CIV. NO. 05-07813-B

V.
                                        : J. ALPRIN

MILLENIUM PARTNERS
WASHINGTON PROPERTY MANAGEMENT  :
LLC,
    DEFENDANT

### PLAINTIFF'S FIRST SET OF INTERROGATORIES TO DEFENDANT MILLENNIUM PARTNERS WASHINGTON PROPERTY MANAGEMENT LLC

Pursuant to Civil R. 33, plaintiff requests that defendant Millennium Partners Washington Property Management LLC, answer the following interrogatories under oath within 30 days of service of same upon this defendant's registered agent CT Corporation System.

### Definitions and Instructions

A. These interrogatories use and refer to the parties, place, date, and facts stated in the Complaint, including but not limited to the Corridor Refurbishment Project occurring in July 2004 at the floors including PH1 of the North Tower at the Ritz Carleton Condominiums at 1111 23rd St., N.W., Washington, D.C.

B. These interrogatories are continuing and should be supplemented when additional responsive information becomes available to the defendant.

## Interrogatories

1. Please state the full name and business address of the contractor or subcontractor apart from defendant Millennium who performed the Corridor Refurbishment Project at the Northern Tower of Ritz Carleton Condominiums at 111 23rd St., N.W., Washington, D.C. from approximately July 12, 2004 through and including the date of the occurrence pleaded in the Complaint as July 21, 2004.

2. If you claim that the alleged negligence pleaded in the Complaint, including the negligent placement of placards or other floor coverings just outside the doorway of the elevator, was the act of an entity or party or it agents of an entity or party, other than defendant Millennium Partners Washington Property Management, LLC, please identify the entity or party as fully as possible and state the factual basis for your claim.

3. If the allegations of injury and damages are the subject of any indemnification contract with another party, please confirm or deny same and if confirmed, identify the party by full corporate name and business address.

4. Please identify all contracts, work orders, and task orders for contractors or subcontractors to perform work upon the Penthouse 1 level as part of the July 2004 Corridor Refurbishment Project at the specified premises.

5. Who was the employer of the agents or employees who placed the placards upon the PH 1 corridor just outside the elevator in July 2004?

-2-

Respectfully submitted,

*[signature]*

John S. Lopatto III, D.C. Bar No. 965426
803 Gibbon St.
Alexandria, VA 22314
703-548-8254 or 703-548-4310
Attorney for Plaintiff

Certificate of Service

      I hereby certify that a copy of the foregoing Plaintiff's First Set of Interrogatories Upon Defendant Millennium was served on the following by deposit in the U.S. Mail on September 27, 2005:

CT Corporation System, Reg. Agent for
   Millennium Partners Washington Property Management LLC
1015 15th St., N.W., Suite 1000
Washington, D.C. 20005

*[signature]*
John S. Lopatto III

-3-