IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI                 ) | |
|                              ) | |
|     Plaintiff,             ) | |
|                              ) | Case No.: 1:05CV02039 |
| v.                            ) | Judge: Reggie B. Walton |
|                              ) | |
| MILLENNIUM PARTNERS WASHINGTON  ) | |
| PROPERTY MANAGEMENT, L.L.C       ) | |
|                              ) | |
|     Defendant.          ) | |

## ENTRY OF APPEARANCE

Please take notice and enter the appearance of Jonathan Eric Agin, Esq., #466256, as counsel for Millennium Partners Washington Property Management, LLC. Mr. Agin will serve as lead counsel for Defendant. Please maintain the appearance of Jean-Marie Sylla, Jr., Esq., #469371 as counsel for Defendant Millennium as well.

                                            Respectfully submitted,

                                            TAYLOR SYLLA & AGIN, LLP

                    By:        /S/
                              Jonathan Eric Agin, #466256
                              Jean-Marie Sylla, Jr., #469371
                              1220 Nineteenth Street, NW
                              Suite 501
                              Washington, DC 20036
                              (202) 689-8990
                              (Facsimile) (202) 689-8998

                              Attorneys for Defendant

148792.1

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 25th day of October, 2005, I served the following Entry of Appearance upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA  22314-4115

                                                                 _____/S/_____
                                                                       Jonathan Eric Agin