### IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>MILLENNIUM PARTNERS WASHINGTON )<br>PROPERTY MANAGEMENT, L.L.C )<br>)<br>    **Defendant.** ) | **Case No.: 1:05CV02039**<br>**Judge: Reggie B. Walton** |

The Honorable Reggie B. Walton:

    Please accept the following Rule 16.3(d) Report following the parties' conference regarding the following issues as mandated by the Rules.

1. The parties agree that this matter should be placed on Track 2. There are no motions pending for summary disposal of this matter. It is anticipated that Plaintiff will name additional defendants shortly. The parties suggest that the Court may wish to hold the Scheduling Conference in abeyance until such a time as Plaintiff has amended the Complaint to serve the defendant(s) that Plaintiff anticipates serving shortly.

2. The parties agree that the cutoff date for the joining of additional parties should be January 9, 2005.

3. The parties do not wish to have this matter assigned to a magistrate judge.

4. The case is too preliminary to determine whether there is a realistic possibility of settlement.

5. The parties believe that ADR may be appropriate for this matter once there has been an opportunity to conduct and complete discovery. The parties would request mediation following the close of all discovery.

6. The matter is too preliminary to determine whether there is a chance that it may be resolved by summary judgment. The parties agree that all dispositive motions shall be filed by May 8, 2006.

7. The parties do not stipulate to dispense with the initial disclosures as required by Rule 26(a)(1).

8. The parties request that discovery closes on April 14, 2006. The parties request that they be allowed to serve the maximum number of interrogatories pursuant to the Federal Rules. The parties request five (5) depositions per side during the course of discovery.

9. The parties do not request any modification of Rule 26(a)(2) disclosures.

10. Not applicable.

11. The parties do not believe this matter should be bifurcated.

12. The parties believe that the pretrial conference should be scheduled July 10, 2006.

13. The parties agree that a trial date should be set at the pretrial conference.

Sincerely,

_____/S/_____
John S. Lopatto, III


_____/S/_____
Jonathan Eric Agin