IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI )<br>)<br>    **Plaintiff,** )<br>)<br>v. )<br>)<br>MILLENNIUM PARTNERS WASHINGTON )<br>PROPERTY MANAGEMENT, L.L.C )<br>)<br>    **Defendant.** ) | **Case No.: 1:05CV02039**<br>**Judge: Reggie B. Walton** |

The Honorable Reggie B. Walton:

    Please accept the following Supplemental Pleading as a Statement of the Case pursuant to the Order for Initial Scheduling Conference:

    This matter surrounds the allegations of Plaintiff that he was injured as a result of a slip and fall accident at the Residences of the Ritz Carlton in Washington, DC. Plaintiff alleges that this incident occurred on July 21, 2004. Specifically, Plaintiff alleges that he slipped and fell on a "placard" that was placed on the floor by a contractor that was working in the area outside of the apartment where he was staying while in the building. Plaintiff alleges injury to his knees and his back. Defendant is continuing to investigate this matter and conduct discovery in accordance with this Court's Rules.

    Defendant has pled certain affirmative defenses in connection with Defendant's Answer. At the present time, Defendant does not have any statutory support at the present time for Defendant's defenses. Defendant awaits response to written discovery.

February 21, 2006

                                                                                                          Sincerely,

                                                                                              _____/S/_____
                                                                                              Jonathan Eric Agin