# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | **Case No.: 1:05CV02039** |
| v. ) | **Judge: Reggie B. Walton** |
| ) | |
| MILLENNIUM PARTNERS WASHINGTON ) | |
| PROPERTY MANAGEMENT, L.L.C. | |
| ) | |
| **Defendant.** ) | |

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS OF DEFENDANT MILLENNIUM PARTNERS WASHINGTON PROPERTY MANAGEMENT, L.L.C.

I, the undersigned counsel of record for Defendant herein, certify to the best of my knowledge and belief that at the present the known corporate affiliates and financial interests for Defendant are:

a.  Millennium Partners Washington Property Management, L.L.C., has affiliations with: Millennium Partners, VICTORIA Versicherung AG, ERGO Versicherungsgruppe AG, Provinzial Versicherungsantalten der Rheinprovinz-Versicherung der Sparkassen.

b.  Other investors include: AXA Colonia Konzern, Wuestentrot & Wuerttembergische, Goldman Sachs through the Whitehall Fund and George Soros through Quantum Fund.

These representations are made in order that judges of this court may determine the need for recusal. Should any other affiliations or interests become known to counsel, counsel will immediately disclose same to this Court.

183543.1

        Respectfully submitted,

        TAYLOR SYLLA & AGIN, LLP


        _____/s/_____
        Jonathan Eric Agin, #15501
        1220 Nineteenth Street, NW
        Suite 501
        Washington, DC  20036
        (202) 689-8990
        (Facsimile) (202) 689-8998

        Attorney for Defendant Millennium Partners
        Washington Property Management, L.L.C.


## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this <u>21</u> day of February, 2005, I served by first class mail and electronically, postage prepaid the foregoing Disclosure of Corporate Affiliations and Financial Interests upon the following:

    John S. Lopatto, III, Esq.
    803 Gibbon Street
    Alexandria, VA  22314-4115
    *Counsel for Plaintiff*


        _____/s/_____
        Jonathan Eric Agin

183543.1