UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI,                                    :        1:05-CV-02039-RBW
    PLAINTIFF

V.
                                                                              :

MILLENNIUM PARTNERS WASHINGTON
PROPERTY MANAGEMENT, L.L.C.,
    DEFENDANT                                :

### CONSENT MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT, WITH PROPOSED ORDER

Pursuant to Local Rule 15.1 and Fed. R. Civ. P. 15(a), plaintiff moves for leave to file the attached First Amended Complaint. The First Amended Complaint refines some of the facts and addresses of the occurrence, and adds a defendant, ROMArch, Inc. No limitations issues are presented.

    1. Counsel for the present defendant Millenium Partners Washington Property Management, L.L.C., consents to this motion for leave to file a First Amended Complaint.

    2. A proposed Order is attached , which requests this Court to grant the motion, deem the First Amended Complaint filed under Local Rule 15.1, and directs the Clerk to issue a summons to the new defendant. The original defendant

Millenium agrees to accept service of the First Amended Complaint via its counsel of record.

Respectfully submitted,

_____/s/_____
John S. Lopatto III, Member Bar U.S. District Court
1725 Eye St., N.W., Suite 800
Washington, D.C. 20006
202-851-5800 (Va. office: 703-548-8254)
jlopatto3@aol.com
Attorney for Plaintiff

February 22, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI,                             :        1:05-CV-02039-RBW
    PLAINTIFF

V.
                                                                        :

MILLENNIUM PARTNERS WASHINGTON
PROPERTY MANAGEMENT, L.L.C.,
    DEFENDANT                          :

## ORDER

The plaintiff's motion for leave to file a First Amended Complaint, made with consent of present defendant Millenium Partners Washington Property Management, L.L.C., ("Millenium"), is granted. The First Amended Complaint is deemed filed this day.

The Clerk is instructed to issue a Summons for service upon new defendant ROMArch, Inc. Original defendant Millenium can be served with the First Amended Complaint through its counsel of record. No new summons is required for this original defendant Millenium.

_____
United States District Judge


_____
Date