# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05CV02039 |
| v. ) | Judge: Reggie B. Walton |
| ) | |
| MILLENNIUM PARTNERS WASHINGTON ) | |
| PROPERTY MANAGEMENT, L.L.C ) | |
| ) | |
| Defendant. ) | |

## PRELIMINARY RULE 26(A)(1) DISCLOSURE

Comes Now Defendant Millennium Partners Washington Property Management, L.L.C., by and through counsel, Jonathan Eric Agin, and the law firm of Taylor Sylla & Agin, LLP., and hereby files this Preliminary Rule 26(a)(1) Disclosure.[1]  Defendant hereby states as follows:

(A).   Identity of Witnesses:

1. Mike Massie:  Residences at Ritz Carlton.  Will testify regarding the alleged incident and the location of the incident.

2. Cathy Seymor:  Residences at Ritz Carlton.  Will testify regarding the alleged incident and the location of the incident.

3. Wafic Zaatar:  Residences at Ritz Carlton:  Will testify regarding his knowledge of the alleged incident as provided by a conversation with Plaintiff.

4. Dean Caruso:  Residences at Ritz Calrton:  Will testify regarding his knowledge of the alleged incident and the location of the incident.

5. Robert Muller:  Residences at Ritz Carlton:  Will testify regarding his knowledge of the alleged incident, location of the incident, condition of the Plaintiff prior to the alleged incident and following the incident.

---

[1]  Defendant files this Statement out of an abundance of caution as there is a second Scheduling Conference to be held on April 7, 2006 as a result of Plaintiff's Amended Complaint.  Defendant will file a more complete statement following the forthcoming Scheduling Conference on April 7, 2006.  The scope of these disclosures will be amended in the new Rule 16.3 one the newly named Defendant responds.

      6.      Mico Zunic: Residences at Ritz Carlton: Will testify regarding his knowledge of the alleged incident and the location of the alleged incident.

      7.      Workers from ROMArch: Will testify regarding the work that they were doing in the corridors of the Residences at the Ritz Carlton.

Defendant will supplement this portion of the Defendant's Disclosure following the continued Scheduling Conference to occur on April 7, 2006. Defendant anticipates that there will be more individuals with knowledge as an investigation and discovery continue.

(B).    Defendant is in possession of medical records from Dr. Unger. Defendant will supplement this portion of the Defendant's Disclosure following the continued Scheduling Conference on April 7, 2006, and as the parties conduct discovery. Defendant is in the process of conducting an investigation into the incident.

(C).    Defendant is uncertain what Plaintiff's claims for damages will amount to.

(D).    Defendant will produce a copy of the insurance agreement following the continued Scheduling Conference. Defendant is covered by a policy of insurance that is operative for Plaintiff's alleged claims.

March 6, 2006

                        Respectfully submitted,

                        TAYLOR SYLLA & AGIN, LLP

             By:          /s/_____
                    Jonathan Eric Agin, #466256
                    Jean-Marie Sylla, Jr., #469371
                    1220 Nineteenth Street, NW
                      Suite 501
                    Washington, DC 20036
                    (202) 689-8990

                    *Attorney for Defendant Millennium Partners Washington Property Management, L.L.C.*

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true copy of the foregoing was electronically filed and mailed, postage prepaid, on this ___this day of March, 2006 to:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA 22314-4115

_____
Jonathan Eric Agin