UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI,<br>    PLAINTIFF | : |
| V. | : 1:05-CV-02039-RBW |
| MILLENNIUM PARTNERS WASHINGTON<br>PROPERTY MANAGEMENT, L.L.C., | : |
|    AND | |
| ROMArch, Inc.,<br>    DEFENDANTS | : |

**PLAINTIFF'S STATUS REPORT AND REQUEST TO
CONTINUE APRIL 7, 2006 SCHEDULING CONFERENCE**

The new defendant, ROMArch, Inc., is currently being served and has not yet entered an appearance. The scheduled April 7, 2006 status and scheduling conference would be unproductive without appearance of the new defendant. Defendant Millenium Partners, by counsel Jonathan Agin, consents to plaintiff's request that the April 7, 2006 status and scheduling conference be postponed at least 30 days to permit service upon and entry of appearance by, the new defendant, ROMArch, Inc.

Respectfully submitted,

_____/s/_____
John S. Lopatto III, Member Bar U.S. District Court
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800 (Va. Office: 703-548-8254)
Attorney for Plaintiff