UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI, | : |
|     PLAINTIFF | |
| | |
| V. | : 1:05-CV-02039-RBW |
| | |
| MILLENIUM PARTNERS WASHINGTON | |
| PROPERTY MANAGEMENT, L.L.C., | : |
|     AND | |
| ROMARCH, INC., | |
|     DEFENDANTS | : |

**PLAINTIFF'S ADDITIONAL STATUS REPORT ON SERVICE UPON
NEW DEFENDANT ROMARCH, INC., AND REQUEST FOR
<u>CONTINUANCE OF MAY 8, 2006 SCHEDULING CONFERENCE</u>**

Plaintiff attempted service by certified U.S. Mail in April, 2006 on the Maryland registered agent for new defendant ROMArch, Inc., a Maryland corporation, but the U.S. Postal Service noted that after posted notices on April 17 and April 26, 2006, the registered agent had not picked up the return receipt package containing the First Amended Complaint and Summons.

On April 28, 2006, plaintiff engaged a process server to attempt personal service on this registered agent for the new defendant ROMArch. That personal service is not yet complete. Plaintiff respectfully requests a 21 day postponement of the Scheduling Conference from the present appointed date of May 8, 2006.

-1-

Service should be achieved or clarified with respect to new defendant ROMArch, Inc. within those 21 days, making a continued Scheduling Conference more productive.

Respectfully submitted,

_____/s/_____
John S. Lopatto III, Member Bar U.S. District Court
803 Gibbon St., Suite 200
Alexandria, VA 22314
703-548-8254 (D.C.: 202-861-5800)
Attorney for Plaintiff

May 4, 2006