# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05CV02039 |
| v. ) | Judge: Reggie B. Walton |
| ) | |
| MILLENNIUM PARTNERS WASHINGTON ) | |
| PROPERTY MANAGEMENT, L.L.C ) | |
| ) | |
| Defendant. ) | |

## ENTRY OF APPEARANCE

Please take notice that counsel for Millennium Partners Washington Property Management, L.L.C., has changed addresses and contact information. The new address is:

The Commercial National Bank Building
1420 New York Avenue, NW
Suite 810
Washington, DC  20005
(202) 783-7830
(Facsimile) (202) 783-7858

                                      Respectfully submitted,

                                      TAYLOR SYLLA & AGIN, LLP

By:        /S/_____
      Jonathan Eric Agin, #466256
      Jean-Marie Sylla, Jr., #469371
      The Commercial National Bank Building
      1420 New York Avenue, NW
      Suite 810
      Washington, DC  20005
      (202) 783-7830
      (Facsimile) (202) 783-7858

      Attorneys for Defendant

148792.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of May, 2006, I served the following Entry of Appearance upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA  22314-4115

ROMArch, Inc.
12057 Beltsville Dr.
Beltsville, MD  20705

_____/S/_____
Jonathan Eric Agin

148792.1