UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI,                                          :
    PLAINTIFF

V.                                                       : 1:05-CV-02039

MILLENIUM PARTNERS WASHINGTON
PROPERTY MANAGEMENT, L.L.C.:
    AND
ROMARCH, INC.,
    DEFENDANTS                                        :


**PLAINTIFF'S PROOF OF SERVICE ON MAY 7, 2006 UPON
ADDITIONAL DEFENDANT ROMARCH, INC.**

Plaintiff gives notice of filing the attached Sworn Declaration of personal service on May 7, 2006 of the First Amended Complaint and Summons, on the Registered Agent for Romarch, Inc..


Respectfully submitted,

    /s/
_____
John S. Lopatto III, Member Bar U.S. District Court
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800 (Va. office: 703-548-8254)
Attorney for Plaintiff

Service by ECF May 17, 2006

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI,<br>    PLAINTIFF | : |
| V. | : 1:05-CV-02039 |
| MILLENIUM PARTNERS WASHINGTON<br>PROPERTY MANAGEMENT, L.L.C.<br>    AND<br>ROMARCH, INC.,<br>    DEFENDANTS | :<br><br><br>: |

**SWORN DECLARATION OF SERVICE**
**UPON REGISTERED AGENT OF ROMARCH, INC.**

_____Vincent A. Piazza, private process service over 18 years of age and not related to the parties, served personally the First Amended Complaint and Summons on Fausto Romero Guerra, Registered Agent for ROMArch, Inc., on May 7, 2006, with service completed at 12507 Beltsville Drive, Beltsville, Maryland 20705.

Sworn under penalty of perjury on May 8, 2006
_____/s/_____
Vincent A. Piazza
Capitol Process Service
1827 18th St., N.W.
Washington, D.C. 20009

Hard Ink copy available for inspection from plaintiff's counsel