# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI,                        :
    PLAINTIFF

                             : 1:05-CV-02039-RBW

  V.

                             :

MILLENIUM PARTNERS WASHINGTON
PROPERTY MANAGEMENT, L.L.C.
    AND                              :
ROMARCH, INC.,
    DEFENDANTS

## PLAINTIFF'S ADDITIONAL STATUS REPORT AND INTENT TO FILE MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT NAMING CORPORATE OWNERS OF PREMISES AS FINAL, <u>ADDITIONAL DEFENDANTS</u>

    1.  The Scheduling Conference set for June 15, 2006 should be continued for 45 days until plaintiff can name and serve the corporate owners of the premises where the injury occurred. No additional defendants are contemplated.

    2. The plaintiff is before this Court upon removal by defendant Millenium from D.C. Superior Court.

    3. The additional defendant ROMArch, Inc. named in the First Amended Complaint has been served but this defendant has not yet entered an appearance. A Maryland lawyer, Gary Gurstenfeld, has contacted plaintiff's counsel by telephone to announce that this defendant is defunct, without assets or liability

insurance, and would be filing a pro se answer. The ROMArch, Inc. defendant, can, however, provide fact witnesses to the contested matters in this personal injury damages case.

4. The corporate owners of the Ritz condominium premises wherein the plaintiff was seriously injured will be added as defendants in a Third Amended Complaint accompanied by a motion for leave to file. Filing the Third Amended Complaint; issuance of new summonses after the Court sanctions filing the Third Amended Complaint; and service upon the added-defendant owners of the premises, should be achieved within 45 days.

5. This injury occurred on July 21, 2004 in the District of Columbia, and no statute of limitations issues are presented by naming a second additional defendant at this time.

Respectfully submitted,
_____/s/_____
John S. Lopatto III, Member Bar U.S. District Court
803 Gibbon St., Suite 200
Alexandria, VA 22314
703-548-8254        Email: jlopatto3@aol.com
D.C. Office:
Law offices of John Lopatto III
1725 Eye St., N.W.
Washington, D.C. 20006
202-861-5800

Attorney for Plaintiff                    June 14, 2006