UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI,<br>    PLAINTIFF | :<br><br>: CIV. NO. 05-2039-RBW |
| V. | |
| MILLENNIUM PARTNERS<br>WASHINGTON MANAGEMENT, L.L.C.<br>ET AL.,<br>    DEFENDANTS | : Scheduling Conference:<br>  August 1, 2006;  11:30 a.m.<br><br>: |

### PLAINTIFF'S CONSENT MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT

Pursuant to Local Rule 15.1 and Fed. R. Civ. P. 15(a), plaintiff moves for leave to file the attached Second Amended Complaint. The Second Amended Complaint clarifies the status of inactive corporate defendant ROMArch, Inc. by naming the principal of ROMArch, Inc. Fausto Guerra, as a new defendant. In addition, the Second Amended Complaint names as an additional defendant the fee owner of the condominium common area wherein the July 21, 2004 injury to plaintiff occurred.  These steps are taken after the present parties have exchanged significant discovery materials.

Jonathan Agin, counsel for defendant Millennium Partners Washington Management, LLC, consents to this motion for leave to file this Second Amended

Complaint. Naming of the new defendant fee owner of the common area is not expected to delay these proceedings. Indemnity provisions in contracts produced in discovery indicate that the same insurer providing coverage to Millennium will also secure risk of loss for the new defendant fee owner of the common area, Millennium Square Unit Owners Association(s).

The other presently-named defendant, ROMArch, Inc., has not responded to the First Amended Complaint and was not solicited for consent to this motion.

## Jurisdictional Comment

As a courtesy to this Court, plaintiff notes that the naming of additional defendant Millennium Square Unit Owners Association will likely present a removal jurisdictional issue under 28 U.S.C. §1441(b). Pursuant to the D.C. Condominium Act, D.C. Code §42-1903.01, this defendant Unit Owners Association(s) has its principal place of business in the District of Columbia where the subject condominium are situated. After Millennium Square Unit Owners Association(s) is served, remand to the D.C. Superior Court may be required because the Unit Owners Association is a citizen of the District of Columbia where this action was originally filed by the plaintiff in D.C. Superior Court.

## Conclusion

For the above stated reasons, plaintiff should be granted leave to file the

attached Second Amended Complaint. A proposed Order is attached also.


Respectfully submitted,

  /s/
John S. Lopatto III, Member Bar U.S. District Court
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800 (Va. office: 703-548-8254)
Attorney for Plaintiff

Service by ECF July 31, 2006