UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI,                                :
    PLAINTIFF

                                                          : CIV. NO. 05-2039-RBW

V.

                                                          :

MILLENNIUM PARTNERS
WASHINGTON MANAGEMENT, L.L.C.
ET AL.,                                        :
    DEFENDANTS

## ORDER GRANTING LEAVE TO FILE SECOND AMENDED COMPLAINT

Having considered the plaintiff's consent motion for leave to file a Second Amended Complaint, the Court hereby **ORDERS** that said motion is granted. The Clerk is directed to lodge the Second Amended Complaint and prepare Summonses for service on all defendants named.

_____
United States District Judge

_____
Date