IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
|       **Plaintiff,** ) | |
| ) | Case No.: 1:05CV02039 |
| v. ) | Judge: Reggie B. Walton |
| ) | |
| MILLENNIUM PARTNERS WASHINGTON ) | |
| PROPERTY MANAGEMENT, L.L.C., et al. ) | |
| ) | |
|       **Defendants.** ) | |

**DEFENDANT MILLENNIUM PARTNERS
WASHINGTON PROPERTY MANAGEMENT, L.L.C.'S CROSS
CLAIM AGAINST DEFENDANTS ROMARCH & FAUSTO ROMERO GUERRA**

COMES NOW Defendant Millennium Partners Washington Property Management, L.L.C., (hereinafter "Defendant" or "Millennium"), by and through counsel, Jonathan Eric Agin, Esq., and TAYLOR SYLLA & AGIN, LLP, and pursuant to Rule 13 of the Federal Rules of Civil Procedure files this Cross-Claim against Defendant ROMArch and Fausto Romero Guerra (hereinafter "Guerra").

1. This matter surrounds Plaintiff's contention that he slipped and injured himself while a guest at the Residences at the Ritz Carlton in Washington, DC.

2. Specifically, Plaintiff alleges that on July 21, 2004 as he exited the elevator on the floor where he was a guest and staying, he was caused to slip and fall on either a placard or cardboard placed on floor covering a refurbishment project.

3. At the time of this incident there was construction occurring at the property.

4. Defendant Millennium contracted with Defendant ROMArch through its principle or owner Fausto Romero Guerra to install marble tiling in the hallways of the Residences at Ritz Carlton.

156100.1

5.  Defendant ROMArch and Guerra were responsible for ensuring that their work areas were maintained in a safe condition at all times and that residents were warned of any hazards.

6.  Whereas Defendant Millennium denies any and all negligence and Plaintiff's damages, should a jury find Defendant Millennium liable for any of Plaintiff's alleged damages, Defendant is entitled to indemnification and contribution from Defendant ROMArch and Defendant Guerra.

### Count I – Indemnification ROMArch and Guerra

7.  Defendant restates and realleges all allegations previously stated as if fully stated herein.

8.  Plaintiff alleges injuries as a result of an accident that occurred on July 21, 2004.

9.  Plaintiff alleges that he sustained damages greater than one million dollars ($1,000,000.00).

10. Defendant ROMArch and Guerra were responsible for performing the hallway refurbishment in the area where Plaintiff alleges that this incident occurred.

11. Defendant ROMArch and Guerra were responsible for ensuring that the area in which they were working was maintained in a safe condition, free from hazards.

12. Defendant ROMArch and Guerra were responsible for ensuring that if there were any hazards present in the hallway where they were working that they warned residents and invitees of such hazards.

13. Although Defendant Millennium strongly denies that there was any negligence, or that Plaintiff was injured as a result of this incident, should Plaintiff be successful in obtaining a

verdict against Defendant Millennium, Defendant Millennium is entitled to indemnification as against Defendant ROMArch and Guerra.

14. As Defendant ROMArch and Guerra were responsible for the renovations in the hallway where Plaintiff alleges this matter occurred and all issues of safety, they are responsible for any negligence that may have occurred.

WHEREFORE, Defendant Millennium Partners Washington Property Management, L.L.C., seeks an Order granting indemnification in its favor against Defendant ROMArch and Guerra for any and all amounts assessed against Defendant Millennium Partners Washington Property Management, L.L.C., as a result of any verdict awarded to Plaintiff.

## Count II – Contribution

15. Defendant restates and realleges all allegations previously stated as if fully stated herein.

16. Plaintiff alleges injuries as a result of an accident that occurred on July 21, 2004.

17. Plaintiff alleges that he sustained damages greater than one million dollars ($1,000,000.00).

18. Defendant ROMArch and Guerra were responsible for performing the hallway refurbishment in the area where Plaintiff alleges that this incident occurred.

19. Defendant ROMArch and Guerra were responsible for ensuring that the area in which they were working was maintained in a safe condition, free from hazards.

20. Defendant ROMArch and Guerra were responsible for ensuring that if there were any hazards present in the hallway where they were working that they warned residents and invitees of such hazards.

156100.1

21.     Although Defendant Millennium strongly denies that there was any negligence, or that Plaintiff was injured as a result of this incident, should Plaintiff be successful in obtaining a verdict against Defendant Millennium, Defendant Millennium is entitled to contribution as against Defendant ROMArch and Guerra.

22.     As Defendant ROMArch and Guerra were responsible for the renovations in the hallway where Plaintiff alleges this matter occurred, they are responsible for any negligence that may have occurred.

WHEREFORE, Defendant Millennium Partners Washington Property Management, L.L.C., seeks an Order granting contribution in its favor against Defendant ROMArch and Guerra for any and all amounts assessed against Defendant Millennium Partners Washington Property Management, L.L.C., as a result of any verdict awarded to Plaintiff.

Respectfully submitted,

TAYLOR SYLLA & AGIN, LLP


By:_____/S/_____
Jonathan Eric Agin, #466256
Jean Marie Sylla, Jr., #469371
The Commercial National Bank Building
1420 New York Avenue, NW
Suite 810
Washington, DC  20005
(202) 783-7830
(Facsimile) (202) 783-7858

Counsel for Defendant Millennium Partners
Washington Property Management, L.L.C.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I caused a copy of the foregoing Defendant Millennium Partners Washington Property Management, L.L.C.'s Cross-Claim against Defendant ROMArch and Fausto Romero Guerra to be served via electronic filing and first class mail, postage prepaid, this 1st day of August 2006, upon:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA  22314-4115

ROMArch, Inc.
12057 Beltsville Dr.
Beltsville, MD  20705

Fuasto Romero Guerra
12507 Beltsville Drive
Beltsville, Maryland  20705

_____/S/_____
Jonathan Eric Agin

156100.1