**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |  |
|---|---|---|
| PAUL C. PIATTI, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil Action No. 05-2039 (RBW) |
| | ) | |
| MILLENNIUM PARTNERS | ) | |
| WASHINGTON PROPERTY | ) | |
| MANAGEMENT, LLC , et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

_____)

**ORDER**

In accordance with the status conference held in this case on August 1, 2006, it is hereby

**ORDERED** that the plaintiff's Consent Motion for Leave to File Second Amended

Complaint is GRANTED.  It is further

**ORDERED** that a status conference is scheduled for October 27, 2006, at 2:00 p.m.  It is

further

**ORDERED** that at the October 27th status conference, both sides will address the issue

of diversity jurisdiction and whether this matter should be removed to the Superior Court of the

District of Columbia.

**SO ORDERED** this 7th day of August, 2006.


REGGIE B. WALTON
United States District Judge