UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

PAUL C. PIATTI, :
    PLAINTIFF

: NO. 1-05-CV-02039-RBW

V.

:

MILLENNIUM PARTNERS
WASHINGTON PROPERTY MANAGEMENT
LLC, ET AL., :
    DEFENDANTS

**PLAINTIFF'S CONSENT MOTION FOR STAY, OWING TO DEATH OF PLAINTIFF**

    The plaintiff Paul C. Piatti died suddenly in California on July 14, 2006. Plaintiff's undersigned counsel is in communication with the decedent's family in California. The present case before this U.S. District Court will not likely proceed in its current format.

    Plaintiff, by counsel, requests a stay of all parties' filing obligations in the present case until October 27, 2006. This case has not yet been subject to a Scheduling Order because the second amended complaint has not yet been served on all defendants. Counsel Jonathan Eric Agin for Millennium Partners, the only defendant that has answered, has been informed of plaintiff Piatti's death and consents to this motion for a stay of the parties' filing obligations in the present proceeding.

This case is presently set for a status conference on October 27, 2006. The plaintiff and principal defendant Millennium are in communication about a possible resolution of this case after the plaintiff's death. The October 27, 2006 status conference can remain on the Court's calendar if the Court desires. On or before that date, the plaintiff will move to file a Fed. R. Civ. P. 41 dismissal and/or refile another action involving this decedent plaintiff's personal representative.

Respectfully submitted,

/s/
John S. Lopatto III, Member Bar U.S. District Court
1725 Eye St., N.W., Suite 300
Washington, D.C. 20006
202-861-5800 (Va. office: 703-548-8254)
Attorney for Plaintiff Piatti

Service by ECF August 26, 2006