IN THE UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI )<br>)<br>  Plaintiff,  )<br>)<br>v. )<br>)<br>MILLENNIUM PARTNERS WASHINGTON )<br>PROPERTY MANAGEMENT, L.L.C )<br>)<br>  Defendant.  ) | Case No.:  1:05CV02039<br>Judge: Reggie B. Walton |

### PRAECIPE

Clerk of Court:

Please take notice that the parties have reached an agreement in the above-captioned matter. Accordingly, the parties request that the Court remove the upcoming status conference scheduled for November 15, 2006. Upon completion of all settlement documents, the parties intend to dismiss this matter with prejudice.

Respectfully submitted,

TAYLOR SYLLA & AGIN, LLP

By:  _____/S/_____
Jonathan Eric Agin, #466256
Jean-Marie Sylla, Jr., #469371
The Commercial National Bank Building
1420 New York Avenue, NW
Suite 810
Washington, DC  20005
(202) 783-7830
(Facsimile) (202) 783-7858

Attorneys for Defendant

148792.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 13th day of November, 2006, I served the following Praecipe upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA  22314-4115

ROMArch, Inc.
12057 Beltsville Dr.
Beltsville, MD  20705

_____/S/_____
Jonathan Eric Agin

148792.1