# IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PAUL C. PIATTI ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: 1:05CV02039 |
| v. ) | Judge: Reggie B. Walton |
| ) | |
| MILLENNIUM PARTNERS WASHINGTON ) | |
| PROPERTY MANAGEMENT, L.L.C ) | |
| ) | |
| Defendant. ) | |

## PRAECIPE

Clerk of Court:

Would the Clerk of Court please dismiss this matter **with Prejudice** as the matter was settled and all issues concluded between the parties.

Respectfully submitted,

TAYLOR SYLLA & AGIN, LLP


By: _____/S/_____
Jonathan Eric Agin, #466256
Jean-Marie Sylla, Jr., #469371
The Commercial National Bank Building
1420 New York Avenue, NW
Suite 810
Washington, DC  20005
(202) 783-7830
(Facsimile) (202) 783-7858

Attorneys for Defendant

148792.1

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 17th day of January, 2007, I served the following Praecipe upon the following:

John S. Lopatto, III, Esq.
803 Gibbon Street
Alexandria, VA  22314-4115

ROMArch, Inc.
12057 Beltsville Dr.
Beltsville, MD  20705

                                                _____/S/_____
                                                Jonathan Eric Agin